AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Halfenger, Gerald M. | U.S. Bankruptcy Court, E.D. Wis. | 04/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee | WisPACT Trust II (no reportable holdings) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 04/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Musician (self-employed) | $595.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▆▆▆▆▆▆ (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 04/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halfenger, Gerald M.** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Associated Bank (cash) | A | Interest | K | T | | | | | |
| 3. Northwestern Mutual Whole Life Ins. | | None | L | T | | | | | |
| 4. Nike Inc (NKE) | A | Dividend | K | T | | | | | |
| 5. Walt Disney (DIS) | A | Dividend | J | T | | | | | |
| 6. EdVest Wells Fargo Moderate Portfolio | | None | J | T | | | | | |
| 7. Oppenheimer Champion Income Fund A (OPCHX) | | None | J | T | | | | | |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. JPMorgan US Govt MMF Capital Fund (OGVXX) (cash) | A | Int./Div. | K | T | | | | | |
| 10. iShares MSCI EAFE ETF (EFA) | | None | | | Sold | 04/03/19 | K | | |
| 11. SPDR Dow Jones Global Real Estate ETF (RWO) | A | Dividend | J | T | | | | | |
| 12. Vanguard Value ETF (VTV) | B | Dividend | L | T | Sold (part) | 04/03/19 | K | | |
| 13. Vanguard Small Cap Index ETF (VB) | A | Dividend | K | T | | | | | |
| 14. American Capital World Bond F3 (WFBFX) | A | Dividend | K | T | | | | | |
| 15. Bridge Builder Core Bond (BBTBX) | D | Dividend | M | T | | | | | |
| 16. Bridge Builder Core Plus Bond (BBCPX) | D | Dividend | M | T | Sold (part) | 04/03/19 | K | | |
| 17. Bridge Builder INTL Equity (BBIEX) | D | Dividend | M | T | Buy (add'l) | 04/03/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halfenger, Gerald M.** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Bridge Builder Large Growth (BBGLX) | C | Dividend | M | T | Sold (part) | 04/03/19 | J | | |
| 19.  Bridge Builder Large Cap Value (BBVLX) | C | Distribution | M | T | | | | | |
| 20.  Bridge Builder Small/Mid Cap Growth (BBGSX) | B | Dividend | K | T | | | | | |
| 21.  Bridge Builder Small/Mid Cap Value (BBVSX) | B | Dividend | L | T | | | | | |
| 22.  LSV Value Equity Fund (LSVEX) | B | Dividend | K | T | | | | | |
| 23.  Invesco Op Developing Mkts R6 (ODVIX) | B | Dividend | K | T | Buy (add'l) | 04/03/19 | K | | |
| 24.  PIMCO High Yield Fund Instl (PHIYX) | B | Dividend | K | T | Buy (add'l) | 04/03/19 | J | | |
| 25.  IRA #2 (H) | | | | | | | | | |
| 26.  JPMorgan US Govt MMF Capital Fund (OGVXX) (cash) | A | Int./Div. | J | T | | | | | |
| 27.  iShares MSCI EAFE ETF (EFA) | | None | | | Sold | 04/03/19 | J | | |
| 28.  Spdr Dj Global Real Estate ETF (RWO) | A | Dividend | | | Sold | 11/26/19 | J | | |
| 29.  Schwab US Reit ETF (SCHH) | A | Dividend | J | T | Buy | 11/26/19 | J | | |
| 30.  Vanguard Value ETF (VTV) | A | Dividend | J | T | Sold (part) | 04/03/19 | J | | |
| 31. | | | | | Sold (part) | 11/26/19 | J | | |
| 32. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 33.  Vanguard Small Cap Index ETF (VB) | A | Dividend | J | T | | | | | |
| 34.  American Capital World Bond F3 (WFBFX) | A | Dividend | | | Sold | 11/26/19 | J | | |

1 Income Gain Codes:    A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bridge Builder Core Bond (BBTBX) | A | Dividend | K | T | Sold (part) | 11/22/19 | J | | |
| 36. | | | | | Sold (part) | 11/26/19 | J | | |
| 37. Bridge Builder Core Plus Bond (BBCPX) | B | Dividend | K | T | Sold (part) | 04/03/19 | J | | |
| 38. | | | | | Sold (part) | 11/22/19 | J | | |
| 39. | | | | | Sold (part) | 11/26/19 | J | | |
| 40. Bridge Builder INTL Equity (BBIEX) | A | Dividend | K | T | Buy (add'l) | 04/03/19 | J | | |
| 41. | | | | | Sold (part) | 11/26/19 | J | | |
| 42. Bridge Builder Large Growth (BBGLX) | A | Dividend | K | T | Sold (part) | 04/03/19 | J | | |
| 43. | | | | | Sold (part) | 11/26/19 | J | | |
| 44. Bridge Builder Large Cap Value (BBVLX) | A | Dividend | K | T | Sold (part) | 11/26/19 | J | | |
| 45. Bridge Builder Small/Mid Cap Growth (BBGSX) | A | Dividend | J | T | Sold (part) | 11/26/19 | J | | |
| 46. Bridge Builder Small/Mid Cap Value (BBVSX) | A | Dividend | J | T | Sold (part) | 11/26/19 | J | | |
| 47. Hartford World Bond F (HWDFX) | A | Dividend | J | T | Buy | 11/26/19 | J | | |
| 48. Invesco Diversified Div R6 (LCEFX) | A | Dividend | J | T | Buy | 11/26/19 | J | | |
| 49. JMP Emerging Markets Equity R6 (JEMWX) | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 50. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 51. MainStay Mackay High Yd Cp R6 (MHYSX) | A | Dividend | J | T | Buy | 11/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 53. LSV Value Equity Fund (LSVEX) | | None | | | Sold | 11/26/19 | J | | |
| 54. Invesco Op Developing Mkts R6 (ODVIX) | | None | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 55. | | | | | Sold | 11/26/19 | J | | |
| 56. PIMCO High Yield Fund Instl (PHIYX) | A | Dividend | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 57. | | | | | Sold | 11/26/19 | J | | |
| 58. Roth IRA #1 (H) | | | | | | | | | |
| 59. American New Perspective (FNPFX) | A | Dividend | J | T | | | | | |
| 60. Blackrock Equity Dividend Fund (MADVX) | A | Dividend | J | T | | | | | |
| 61. First Eagle Global Fund (SGIIX) | A | Dividend | J | T | | | | | |
| 62. JPMorgan Core Bond CI R6 (JCBUX) | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 63. John Hancock Bond Fund R6 (JHBSX) | A | Dividend | | | Sold | 11/22/19 | J | | |
| 64. Oakmark International (OANIX) | A | Dividend | J | T | | | | | |
| 65. PGIM Total Return Bond (PTRQX) | A | Dividend | J | T | | | | | |
| 66. T Rowe Price Blue Chip Growth C1 I (TBCIX) | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 67. T Rowe Price Institutional Large Cap Growth Fund (TRLGX) | | None | | | Sold | 11/22/19 | J | | |
| 68. Roth IRA #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halfenger, Gerald M.** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. iShares Russell 1000 Value Fund (IWD) | A | Dividend | J | T | | | | | |
| 70. First Eagle Global (SGIIX) | A | Dividend | J | T | | | | | |
| 71. Oakmark International (OANIX) | A | Dividend | J | T | | | | | |
| 72. Invesco Op Developing Mkts R6 (ODVIX) | A | Dividend | J | T | | | | | |
| 73. JPMorgan Mid Cap Value Cl R6 (JMVYX) (X) | A | Dividend | J | T | | | | | |
| 74. PGIM Jennison Global Opportunities Class R6 (PRJQX) | | None | J | T | | | | | |
| 75. PGIM Short Duration Multi Sector Bond Class R6 (SDMQX) | A | Dividend | J | T | | | | | |
| 76. Principal Midcap Cl R6 (PMAQX) (X) | A | Dividend | J | T | | | | | |
| 77. T Rowe Price International Discovery Cl1 (TIDDX) (X) | A | Dividend | J | T | | | | | |
| 78. T Rowe Price Large-Cap Growth Class Instl (TRLGX) | A | Dividend | J | T | | | | | |
| 79. T Rowe Price Qm U.S. Small Cap Growth Equity Cl1 (TQAIX) (X) | A | Dividend | J | T | | | | | |
| 80. Victory Sycamore Small Company Opportunity Cl1 (VSOIX) (X) | A | Dividend | J | T | | | | | |
| 81. 529 #1 (H) | | | | | | | | | |
| 82. Voya 529 Age 18+ Option Class A | | None | L | T | Sold (part) | 08/01/19 | K | | |
| 83. | | | | | Sold (part) | 12/19/19 | K | | |
| 84. 529 #2 (H) | | | | | | | | | |
| 85. Voya 529 Age 17 Option Class A | | None | | | Sold | 07/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halfenger, Gerald M.** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Voya 529 Age 17 Option Class C | | None | M | T | | | | | |
| 87. 529 #3 (H) | | | | | | | | | |
| 88. Edvest Age-Based Option 18 & Over | | None | J | T | Buy | 07/22/19 | J | | |
| 89. Brokerage Acct #1 (H) | | | | | | | | | |
| 90. JP Morgan Fed Money Mkt (cash) | A | Interest | J | T | | | | | |
| 91. iShares Russell 1000 Value ETF (IWD) | A | Dividend | K | T | Sold<br>(part) | 04/30/19 | J | A | |
| 92. iShares Russell 3000 ETF (IWV) | A | Int./Div. | J | T | | | | | |
| 93. iShares MSCI EAFE Growth ETF (EFG) | A | Dividend | K | T | Buy | 10/25/19 | K | | |
| 94. iShares MSCI EAFE Value ETF (EFV) | B | Dividend | K | T | | | | | |
| 95. Vanguard FTSE All-World Ex-US (VFWIX) | A | Dividend | J | T | | | | | |
| 96. Vanguard Value ETF (VTV) | A | Dividend | J | T | | | | | |
| 97. Vanguard Mid Cap Value ETF (VOE) | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 98. Vanguard Mid Cap Growth ETF (VOT) | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 99. Vanguard Small Cap Growth ETF (VBK) | A | Dividend | K | T | Buy<br>(add'l) | 10/25/19 | J | | |
| 100. | | | | | Sold<br>(part) | 04/30/19 | J | A | |
| 101. Vanguard Small Cap Value ETF (VBR) | A | Dividend | K | T | Buy<br>(add'l) | 10/25/19 | J | | |
| 102. American Fundamental Invs F3 (FUNFX) | B | Dividend | K | T | Sold<br>(part) | 04/29/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. American High Income Mun BD F3 (AMHIX) | A | Dividend | J | T | | | | | |
| 104. American Funds Tax-Exempt Bond Fund F3 (AFTEX) | A | Dividend | J | T | Sold (part) | 04/29/19 | J | A | |
| 105. BlackRock Eq Div Fund K (MKDVX) | B | Dividend | K | T | Sold (part) | 04/29/19 | J | A | |
| 106. Dodge & Cox Intl Stock (DIDFX) | A | Dividend | K | T | | | | | |
| 107. Dodge & Cox Stock (DODGX) | B | Dividend | J | T | | | | | |
| 108. Eaton Vance Atlanta Cap SMID (EISMX) | A | Dividend | K | T | Sold (part) | 04/29/19 | J | A | |
| 109. Fidelity Adv Interm Muni Inc Fd Cl Z (FIQZX) | A | Dividend | K | T | Sold (part) | 05/01/19 | J | | |
| 110. Frnkln Fed Inter Term T/F R6 (FITQX) | A | Dividend | J | T | | | | | |
| 111. Hotchkis & Wiley Mid Cap Value Fund (HWMIX) | | None | | | Sold | 10/25/19 | K | B | |
| 112. Invesco Comstock Class R6 (ICSFX) | B | Dividend | K | T | | | | | |
| 113. Invesco International Growth Fund Class R6 (IGFRX) | B | Dividend | J | T | Sold (part) | 10/25/19 | J | B | |
| 114. Manning & Napier Overseas Series Fund (MNOZX) | | None | | | Sold | 10/25/19 | K | | |
| 115. MFS Growth Fund Class R6 (MFEKX) | A | Dividend | J | T | Sold (part) | 04/29/19 | J | A | |
| 116. Primecap Odyssey Stock (POSKX) | A | Dividend | J | T | Sold (part) | 04/29/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halfenger, Gerald M.** | 04/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Name change: Invesco Oppenheimer Developing Mkts R6 (ODVIX) was formerly Oppenheimer Developing Mkts I (ODMAX).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only to unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald M. Halfenger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544